IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DEBBIE EDWARDS, | : | |
| | : | DOCKET NO.: 16 -11246-SR |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | NOT YET SET |
| v. | : | |
| | : | |
| DEBBIE EDWARDS, | : | |
| | : | RELATED TO DOCKET NO.: 25 |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's First Amended Chapter 13 Plan, on the parties at the below addresses, on September 19, 2016, by:

**16-11246-SR Notice will be electronically mailed to:**

Joshua Isaac Goldman at bkgroup@kmllawgroup.com

Polly A. Langdon at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Frederick L. Reigle at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Brad J. Sadek at brad@sadeklaw.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

United States Trustee at ustpregion03.PH.ECF@usdoj.gov

**16-11246-SR Notice will not be electronically mailed to:**

EXECUTED ON:  September 20, 2016

                Respectfully submitted by,

By:   /s/ Joseph J. Swartz
       Counsel
       PA Department of Revenue
       Office of Chief Counsel
       P.O. Box 281061
       Harrisburg, PA 17128-1061
       PA Attorney I.D.:  309233
       Phone: (717) 346-4645
       Facsimile: (717) 772-1459
       JoseSwartz@pa.gov