IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DEBBIE EDWARDS, | : | |
| | : | DOCKET NO.: 16-11246-SR |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE, | : | OBJECTION TO PLAN |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | NOT YET SET |
| v. | : | |
| | : | |
| DEBBIE EDWARDS, | : | |
| | : | RELATED TO DOCKET NO.: 25 |
| RESPONDENT | : | |

## WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue ("Department"), by and through its Office of Chief Counsel, and Counsel Joseph J. Swartz, and withdraws its Objection to Debtor's First Amended Chapter 13 Plan, which was filed on September 2, 2016, as the Debtor has cured all issues with the filing of her Second Amended Plan, Docketed at Number 27.

Date: October 3, 2016                                     Respectfully submitted by,


By:   /s/ Joseph J. Swartz
      Counsel
      PA Department of Revenue
      Office of Chief Counsel
      P.O. Box 281061
      Harrisburg, PA 17128-1061
      PA Attorney I.D.:  309233
      Phone: (717) 346-4645
      Facsimile: (717) 772-1459
      Email: JoseSwartz@pa.gov