IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | : Chapter 13 |
| | : |
| Debbie Edwards | : |
| | : |
| Debtor(s) | : Bankruptcy No. 16-11246 SR |

# ORDER SCHEDULING HEARING

AND NOW, upon consideration of the *Application for Compensation* filed by Debtor's counsel, it is hereby:

ORDERED, that a hearing to consider the Application, shall be and hereby is scheduled for <u>Wednesday, January 11, 2017 at 10:30 A.M.,</u> Courtroom No. 4, 900 Market Street, Philadelphia, PA, 19107.

By the Court:

_____
Stephen Raslavich
United States Bankruptcy Judge

Dated:   <u>December 12, 2016</u>

Brad Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Polly A. Langdon, Esquire
Frederick J. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave
P.O. Box 4010
Reading PA 19606

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106