UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Debbie Edwards | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Case No.: 16-11246SR |

## ORDER GRANTING DEBTORS' MOTION TO RECONSIDER DISMISSAL ORDER AND REINSTATE BANKRUPTCY

AND NOW, this _____ day of _____, 2017 upon consideration of the Motion of Debbie Edwards to Reconsider Dismissal Order and Reinstate Bankruptcy, it is hereby:

ORDERED and DECREED that the Order dismissing Debtors' Chapter 13 Bankruptcy case is reconsidered, and said case is forthwith reinstated;

FURTHER ORDERED:

**Dated: March 1, 2017**

_____
Judge Stephen Raslavich