United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-11246-sr
Debbie Edwards                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett            Page 1 of 2                Date Rcvd: Mar 02, 2017
                                Form ID: pdf900            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2017.
```
db          +Debbie Edwards,   2824 Walnut Hill Street,   Philadelphia, PA 19152-1503
13680709    +American Bakery Workers Credit Union,   7521 Verree Rd,   Philadelphia, PA 19111-3124
13680711    +City of Philadelphia,   Traffic Court,   800 Spring Garden Street,
              Philadelphia, PA 19123-2690
13706891    +Emerg Care Serv of Pa, P.C.,   6681 Country Club Drive,   Golden Valley MN 55427-4601
13680713    +Interstate TD Investments, LLC,   P.O. Box 5247,   Oxnard, CA 93031-5247
13680714    +KML Law Group, P.C.,   BNY Mellon Independence Center,   Suite 5000,   701 Market Street,
              Philadelphia, PA 19106-1541
13703365    +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
13680715    +Midland Mortgage/Midfirst,   999 NW Grand Blvd,   Oklahoma City, OK 73118-6051
13755716    +Office of UC Benefits Policy,   Department of Labor and Industry,   Office of Chief Counsel,
              651 Boas Street, 10th Floor,   Harrisburg, PA 17121-0751
13680716     PA Department of Labor & Industry,   Office of Chief Counsel,   651 Boas Street,   10th Floor,
              Harrisburg, PA 17121-0750
13680717     PA Department of Revenue,   P.O. Box 280948,   Harrisburg, PA 17128-0948
13680718    +Payliance,   3 Easton Oval,   Ste 310,   Columbus, OH 43219-6011
13725419    +Philadelphia Municipal Court, Traffic Division,   800 Spring Garden Street,
              Philadelphia, PA 19123,   Honorable Gary S. Glazer 19123-2616
13680719    +Think Cash/First Bank of Delaware,   Brandywine Commons 1000 Rocky Run Par,
              1000 Rocky Run Parkway,   Wilmington, DE 19803-1455
13685110    +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
              Washington, DC 20410-0002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Mar 03 2017 01:33:14     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 03 2017 01:33:12     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13680710    +E-mail/Text: broman@amhfcu.org Mar 03 2017 01:33:05     American Heritage Federal Credit Union,
              2060 Red Lion Rd,   Philadelphia, PA 19115-1699
13692042     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2017 01:49:37
              American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
              Oklahoma City, OK  73124-8848
13748744    +E-mail/Text: bankruptcy@cavps.com Mar 03 2017 01:33:10     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13680712    +E-mail/Text: bankruptcy@phila.gov Mar 03 2017 01:33:14     City of Philadelphia,
              Law Department,   1401 John F. Kennedy Blvd.,   5th Floor,   Philadelphia, PA 19102-1611
13713519     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2017 01:32:57
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
                                                                                              TOTAL: 7
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
smg*         Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2            User: Antoinett              Page 2 of 2                   Date Rcvd: Mar 02, 2017
                                Form ID: pdf900              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2017 at the address(es) listed below:
          BRAD J. SADEK   on behalf of Debtor Debbie  Edwards brad@sadeklaw.com
          DENISE ELIZABETH CARLON   on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JOSEPH JASPER SWARTZ   on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
          RA-occbankruptcy6@state.pa.us
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          THOMAS I. PULEO   on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Debbie Edwards | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 16-11246SR |

## ORDER GRANTING DEBTORS' MOTION TO RECONSIDER DISMISSAL ORDER AND REINSTATE BANKRUPTCY

AND NOW, this _____ day of _____, 2017 upon consideration of the Motion of Debbie Edwards to Reconsider Dismissal Order and Reinstate Bankruptcy, it is hereby:

ORDERED and DECREED that the Order dismissing Debtors' Chapter 13 Bankruptcy case is reconsidered, and said case is forthwith reinstated;

FURTHER ORDERED:

**Dated: March 1, 2017**

_____
Judge Stephen Raslavich