**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Debbie Edwards <br>     Debtor <br><br> MidFirst Bank <br>     Moving Party <br> vs. <br><br> Debbie Edwards <br>     Debtor <br><br> and Frederick L. Reigle Esq. <br>     Trustee | Chapter 13 <br><br> NO. 16-11246 JKF <br><br> 11 U.S.C. Section 362 |

## **CERTIFICATION OF DEFAULT**

  I, Rebecca A. Solarz, Esquire, attorney for Moving Party, certify that Debtor has defaulted upon the terms of the Stipulation entered on August 31, 2017 Document No. 67. It is further certified that the attached notice dated October 25, 2017 was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default.  Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

                 **/s/ Rebecca A. Solarz, Esquire**
                 Rebecca A. Solarz, Esquire
                 rsolarz@kmllawgroup.com
                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322 FAX (215) 627-7734
                 Attorneys for Movant/Applicant

November 22, 2017