UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Debbie Edwards | : | |
| | : | Chapter 13 |
| | : | |
|    Debtor (s) | : | Case No.: 16-11246JKF |

**<u>Addendum to Chapter 13 Plan</u>**

By way of clarification of the Amended Plan:

Secured Claim filed by the Office of UC Benefits in Section 5 of the Confirmed Plan, shall change to $11,057.43, to comport with its amended proof of claim.

Date: November 22nd, 2017                                 /s/ Brad J. Sadek, Esq.
                                                                                                        1315 Walnut Street
                                                                                                        #502 Philadelphia,
                                                                                                        PA 19107