# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Debbie Edwards
                      Debtor

MidFirst Bank
              v.
Debbie Edwards
            and
Frederick L. Reigle Esq.
                 Trustee

Chapter 13

NO. 16-11246 JKF

## **ORDER**

AND NOW, this  1st  day of  December , 2017 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 31, 2017  it is ORDERED ~~AND DECREED~~ that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362, is modified to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2824 Walnut Hill Street Philadelphia, PA  19152 .

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                                                  United States Bankruptcy Judge.
                                                  Jean K. FitzSimon

cc: See attached service list

Debbie Edwards
2824 Walnut Hill Street
Philadelphia, PA 19152

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Brad J. Sadek Esq.
1315 Walnut Street
Suite 804
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532