United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 16-11246-jkf
Debbie Edwards                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 2              Date Rcvd: Jan 09, 2018
                            Form ID: pdf900          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2018.
```
db             +Debbie Edwards,    2824 Walnut Hill Street,    Philadelphia, PA 19152-1503
13680709       +American Bakery Workers Credit Union,    7521 Verree Rd,    Philadelphia, PA 19111-3124
13680711       +City of Philadelphia,    Traffic Court,    800 Spring Garden Street,
                 Philadelphia, PA 19123-2690
13706891       +Emerg Care Serv of Pa, P.C.,    6681 Country Club Drive,    Golden Valley MN 55427-4601
13680713       +Interstate TD Investments, LLC,    P.O. Box 5247,    Oxnard, CA 93031-5247
13680714       +KML Law Group, P.C.,    BNY Mellon Independence Center,    Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1541
13703365       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13680715       +Midland Mortgage/Midfirst,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
13755716       +Office of UC Benefits Policy,    Department of Labor and Industry,    Office of Chief Counsel,
                 651 Boas Street, 10th Floor,    Harrisburg, PA 17121-0751
13680717        PA Department of Revenue,    P.O. Box 280948,    Harrisburg, PA 17128-0948
13951491        PECO,   PO Box 37629,    Philadelphia, PA 19101-0629
13680718       +Payliance,    3 Easton Oval,    Ste 310,    Columbus, OH 43219-6011
13725419       +Philadelphia Municipal Court, Traffic Division,     800 Spring Garden Street,
                 Philadelphia, PA 19123,    Honorable Gary S. Glazer 19123-2616
13951492       +Revenue Collection Bureau, Inc,    5900-08 Torresdale Avenue,    Philadelphia, PA 19135-4127
13680719       +Think Cash/First Bank of Delaware,    Brandywine Commons 1000 Rocky Run Par,
                 1000 Rocky Run Parkway,    Wilmington, DE 19803-1455
13685110       +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 10 2018 01:44:19     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 10 2018 01:44:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13680710       +E-mail/Text: broman@amhfcu.org Jan 10 2018 01:43:52      American Heritage Federal Credit Union,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
13692042        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2018 01:50:02
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13680712        E-mail/Text: bankruptcy@phila.gov Jan 10 2018 01:44:19     City of Philadelphia,
                 Law Department,    1401 John F. Kennedy Blvd.,    5th Floor,    Philadelphia, PA 19102
13748744       +E-mail/Text: bankruptcy@cavps.com Jan 10 2018 01:43:57      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13680716        E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jan 10 2018 01:45:32
                 PA Department of Labor & Industry,    Office of Chief Counsel,    651 Boas Street,    10th Floor,
                 Harrisburg, PA 17121-0750
13713519        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 10 2018 01:43:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                                      Signature:   /s/Joseph Speetjens

```
District/off: 0313-2           User: PaulP              Page 2 of 2                   Date Rcvd: Jan 09, 2018
                               Form ID: pdf900          Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:

```
          BRAD J. SADEK    on behalf of Debtor Debbie  Edwards brad@sadeklaw.com,  bradsadek@gmail.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

DEBBIE EDWARDS
                                                : Bankruptcy No. 16-11246SR
         Debtor(s)                              : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


                                                      BY THE COURT


**Date: January 9, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1315 WALNUT STREET   SUITE 502
PHILADELPHIA PA 19107-

DEBBIE EDWARDS
2824 WALNUT HILL STREET
PHILADELPHIA,PA.19152